**Joan Frances M. MALONE, Appellant**

v.

**Barack OBAMA, President of United States, et al., Appellees.**

**No. 10–5403.**

United States Court of Appeals, District of Columbia Circuit.

Aug. 3, 2011.

Joan Frances M. Malone, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, *Chief Judge,* and GARLAND and BROWN, *Circuit Judges.*

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed October 28, 2010, be affirmed. The district court properly dismissed appellant's complaint as frivolous, pursuant to 28 U.S.C. § 1915(E)(1)(B). *See Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.